**H. Richard AUSTIN, St. Louis, Missouri, Plaintiff–Appellant,**

v.

**DOUGLAS G. PETERSON & ASSOCIATES, Greenfield, Massachusetts; Stephen W. Houghton, Greenfield, Massachusetts; Jimmy Pau, Cary, North Carolina, Defendants–Appellees.**

No. 14–1578.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 16, 2014.

Decided: Oct. 20, 2014.

H. Richard Austin, Appellant Pro Se. George L. Goodridge, Curtiss, Carey, Gates, Graves & Goodridge, LLP, Greenfield, Massachusetts; Paul Marshall Yoder, Wharton Aldhizer & Weaver, PLC, Harrisonburg, Virginia, for Appellees.

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

H. Richard Austin appeals from the district court's order dismissing his complaint filed pursuant to Fed.R.Civ.P. 60(d)(3) against Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Austin v. Douglas G. Peterson & Assocs.,* No. 5:13–cv–00877–BO, 2014 WL 1891419 (E.D.N.C. May 12, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*